220 So.2d 851

Robert C. SIMMONS, Jr.

v.

E. B. HALE et al.

2 Div. 524.

Supreme Court of Alabama.

March 13, 1969.

Reeves & Stewart, Selma, for appellant.

Albert Copeland and James Garrett, Montgomery, for appellees.

LAWSON, Justice.

The appeal is dismissed on the authority of Simmons v. Hale et al., 283 Ala. 685, 220 So.2d 851, this day decided.

Appeal dismissed.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

218 So.2d 817

Johnny L. THOMAS et al.

v.

CITY OF EUFAULA.

4 Div. 346.

Supreme Court of Alabama.

Feb. 13, 1969.

Gray, Seay, Langford & Pryor Montgomery, for petitioners.

MacDonald Gallion, Atty. Gen., Lloyd G. Hart, Asst. Atty. Gen., and Albert F. Simpson, Jr., Eufaula, opposed.

HARWOOD, Justice.

Petition of Johnny L. Thomas and others for certiorari to the Court of Appeals to review and revise the judgment and decision in Thomas et al. v. City of Eufaula, 44 Ala.App. 643, 218 So.2d 813.

Writ denied.

LIVINGSTON, C. J., and MERRILL and COLEMAN, JJ., concur.